■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY J. YONTZ, Appellant. [54 NYS3d 879]—Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered April 20, 2015, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

Judgment affirmed. No opinion.

Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur. Ordered that the judgment is affirmed.